**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2001 NOV 29  A 11: 05

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

| | | |
|---|---|---|
| MICHELLE BATTLE HANDY | : | |
| | : | |
| v. | : | **CIVIL NO. L-01-1887** |
| | : | |
| STATE OF MARYLAND, et al. | : | |

| | | |
|---|---|---|
| MICHELLE BATTLE HANDY | : | |
| | : | |
| v. | : | **CIVIL NO. L-01-1477** |
| | : | |
| STATE OF MARYLAND, et al. | : | |

## ORDER

Plaintiff has filed two separate Complaints against Defendants. Each Complaint contains

the same seven counts, but Plaintiff contends that the Complaint in L-01-1887 is based on events

that occurred after the filing of the Complaint in L–01-1477. Plaintiff has filed a Motion to

Consolidate the two cases.

Defendants have filed Motions to Dismiss both cases. Defendants' Motions argue that

Plaintiff has failed to comply with Rule 8 of the Federal Rules of Civil Procedure and that

Plaintiff's Complaints are substantively defective.

The Court finds that there are counts in both Complaints that survive Defendants'

Motions to Dismiss. These counts relate directly to the common facts underpinning Plaintiff's

Complaints. As a result, dismissing the Complaints in part, while allowing the remainder to

proceed to discovery, would not save significant time or resources. Accordingly, Defendants'

Motions to Dismiss are both DENIED without prejudice.  Defendants may, of course,

supplement and refile their motions as motions for summary judgment.

Additionally, L-01-1877 is hereby DISMISSED without prejudice.  Plaintiff shall file an

amended complaint in L-01-1477 that advances all of Ms. Handy's claims in one suit.  When

drafting the amended complaint, Plaintiff shall re-write Count III (Equal Protection Under the

U.S. Constitution) to assert a cause of action under Section 1983.  The amended complaint

must comply with Rule 8 of the Federal Rules of Civil Procedure and may not exceed 12 pages

in length.

It is so ORDERED this ___ day of November, 2001.

Benson Everett Legg
United States District Judge