IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2001 DEC 14 P 3: 46

CLERK'S OFFICE
AT BALTIMORE
_____DEPUTY

| | | |
|---|---|---|
| **MICHELLE BATTLE HANDY** | : | |
| v. | : | CIVIL NO. L-01-1887 |
| **STATE OF MARYLAND, et al.** | : | |
| | | |
| **MICHELLE BATTLE HANDY** | : | |
| v. | : | CIVIL NO. L-01-1477 |
| **STATE OF MARYLAND, et al.** | : | |

### AMENDED ORDER

On November 28, 2001, this Court issued an Order that dismissed <u>Michelle Battle Handy v. State of Maryland, et al.</u>, L-01-1877, without prejudice. L-01-1877 was the incorrect case number, however. Accordingly, the November 28th Order is hereby amended to dismiss <u>L-01-1887</u> without prejudice.

It is so ORDERED this *1377* day of December, 2001.

_____
Benson Everett Legg
United States District Judge